# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADAM FRANCHI, Individually and On Behalf of All Others Similarly Situated, ) ) ) | |
| Plaintiff, ) ) | Case No. 1:18-cv-02020-RGA |
| v. ) ) | CLASS ACTION |
| NEWFIELD EXPLORATION COMPANY, LEE K. BOOTHBY, STEVEN W. NANCE, PAMELA J. GARDNER, EDGAR R. GIESINGER, ROGER B. PLANK, THOMAS G. RICKS, JUANITA M. ROMANS, JOHN W. SCHANCK, J. TERRY STRANGE, J. KENT WELLS, ENCANA CORPORATION, and NEAPOLITAN MERGER CORP., ) ) ) ) ) ) ) ) ) ) | JURY TRIAL DEMANDED |
| Defendants. ) | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Adam Franchi ("Plaintiff") hereby voluntarily dismisses the above-captioned action (the "Action") with prejudice as to the Plaintiff only.  Defendants have filed neither an answer nor a motion for summary judgment in the Action, and no class has been certified.

Dated:  February 14, 2019

**OF COUNSEL:**

**RM LAW, P.C.**
Richard A. Maniskas
1055 Westlakes Drive, Suite 300
Berwyn, PA 19312
Telephone: (484) 324-6800
Facsimile: (484) 631-1305
Email: rm@maniskas.com

**RIGRODSKY & LONG, P.A.**

By:  */s/ Brian D. Long*
Seth D. Rigrodsky (#3147)
Brian D. Long (#4347)
Gina M. Serra (#5387)
300 Delaware Avenue, Suite 1220
Wilmington, DE 19801
Telephone: (302) 295-5310
Facsimile: (302) 654-7530
Email: sdr@rl-legal.com
Email: bdl@rl-legal.com
Email: gms@rl-legal.com

*Attorneys for Plaintiff*